# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 22, 2014 |
| Court Reporter: Janet Coppock | Time: 48 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 13-CR-00468-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **SCOTT LOWE,** | Boston Stanton |
| Defendant. | |

## SENTENCING

**2:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00468-APB
August 22, 2014

**ORDERED:**  Government's Motion to Restrict Document [Docket No. 40], is **GRANTED**.

Argument by Mr. Stanton in support of the defendant's objections to the presentence investigation report.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**  Docket No. 42, is **GRANTED.**

Argument by Mr. Stanton in support of the defendant's Motion for Downward Departure or Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Gisbon and comments addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Downward Departure or Non-Guideline Sentence [Docket No. 43], is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 11, 2014** to count **One of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **48** months, to be served consecutive to any undischarged state sentence the defendant is now serving.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility that has a substance abuse program, in Colorado that is appropriate to the defendant's security designation** and further RECOMMENDS that the defendant take advantage of the substance abuse program during the course of his imprisonment.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
13-CR-00468-APB
August 22, 2014

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the       presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his prescribed medications is maintained.
- (**X**) Defendant shall submit in his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subjected to searches pursuant to this condition.  An officer may conduct a search pursuant to his condition only when reasonable suspicion exits

Page Four
13-CR-00468-APB
August 22, 2014

        that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion to Dismiss Counts [Docket No. 44], is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:23 p.m.**     **COURT IN RECESS**

**Total in court time: 48 minutes**

**Hearing concluded**